UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                              :
UNITED STATES OF AMERICA,      :           ORDER
                                              :
                                              :           09 Cr. 1239 (PKC)
                           :                  :
        -against-                     :
                                              :
                                              :
TY GEAS,                              :
                       Defendant.     :
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

       Defendant Ty Geas moves for "clarification" of sentence pursuant to 18 U.S.C. § 3582(c)(2). The provision relates to sentence reductions for persons convicted of crimes that have had their Sentencing Guidelines range lowered by the Sentencing Commission. Insofar as has been shown or the Court is aware none of the counts for which defendant was convicted fall within this category.

       Defendant was convicted of Racketeering, 18 U.S.C. § 1962(c), Murder in Aid of Racketeering (Two Counts), 18 U.S.C. § 1959(a)(1), and Extortion Conspiracy. His term of imprisonment was life imprisonment on all counts other that Extortion Conspiracy for which the sentence was 20 years with all counts to run concurrently. He appears to believe that because his terms of imprisonment ran concurrently his mandatory special assessment must as well. There is no support for this proposition. The Court imposed the mandatory $100 special assessment for each count for a total of $500. There was no error in this. The Court can discern no non-frivolous ground for any relief.

*Mailed to Ty Geas 7/29/20*

This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and *in forma pauperis* status is denied. *See* Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

                                                                    P. Kevin Castel
                                                                 United States District Judge

Dated: New York, NY
       July 29, 2020